

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:          01-18-00593-CR

Trial Court Cause
Number:                1493076D

Style:                 Juan Jesus Villarreal

                       v.  The State of Texas

Date motion filed*:    December 23, 2019

Type of motion:        Motion for Rehearing

Party filing motion:   Appellant

Document to be filed:  N/A

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☐ Granted

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Sarah Beth Landau
                ☒ Acting for the Court

Panel consists of Justice Lloyd, Justice Goodman, Justice Landau

Date: April 28, 2020